RECEIVED

MAY 28 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| LIONEL JOSEPH HENDERSON<br>Fed. Reg. ##12794-035 | CIVIL ACTION NO. 5:14:-cv-0602 |
| VS. | SECTION P |
| | JUDGE STAGG |
| WARDEN, U.S.P. – BEAUMONT | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 28th day of May, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE